**Order entered October 2, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-01540-CV

**STEVEN V. TIPPS, Appellant**

**V.**

**PURPLE TREE, LLC, Appellee**

**On Appeal from the County Court at Law No. 2**
**Dallas County, Texas**
**Trial Court Cause No. CC-18-04540-B**

## ORDER

Before the Court is appellant's September 25, 2019 third motion to extend time to file appellant's brief. Appellant's motion is **DENIED**.

/s/    LESLIE OSBORNE
        JUSTICE